Daniel E. SHOPE and Shonna L. Shope, his wife, Petitioners,

v.

Perry A. EAGLE, M.D. and New York Hospital, Respondents.

Supreme Court of Pennsylvania.

Sept. 3, 1997.

---

7. Washington County was the first Pennsylvania County to adopt the buccal swab method of obtaining DNA samples for paternity testing and we are unaware of any other county in Pennsylvania that exclusively employs the same method. Dr. Harris testified that buccal swabs have been used experimentally since 1982, however, it was not until 1993 that Roche secured its first major project using buccal swabs for DNA paternity testing. That contract was with the state of Arkansas. R.R. at 121a. Although this is a relatively new method of obtaining tissue samples, there is no evidence in this record tending to prove that it is more susceptible to tainting or faulty results than blood testing.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of September, 1997, the Petition for Allowance of Appeal is **GRANTED**, but **LIMITED** to the following issues:

1. Whether prejudice to a defendant needs to be demonstrated to justify termination of a case pursuant to Pa.R.J.A.1901 and York County Rule 6035, and if so, whether the requisite prejudice has been established in this case?

2. Whether a case may be terminated pursuant to Pa.R.J.A.1901 and York County Rule 6035 if delay is attributable to a defendant, and if not, whether Respondents' conduct precludes termination in this case?